FREDERICK E. LEONARD BD7691
Name and Prisoner/Booking Number
NORTH KERN STATE PRISON
Place of Confinement
P.O. BOX 5000
Mailing Address
DELANO, CA 93216-5000
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

OCT 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK EUGENE LEONARD,
(Full Name of Plaintiff)
              Plaintiff,
      v.
"LT" (LEUTINANT) O'CONNER
(1)
(Full Name of Defendant)
(2) _____
(3) _____
(4) _____
              Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21 CV 1886 EFB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: FOLSOM STATE PRISON

## B. DEFENDANTS

1. Name of first Defendant: LT O'CONNER (LEUTINANT) O'CONNER . The first Defendant is employed as:
   (Position and Title)   at SOLANO STATE PRISON (Institution)

2. Name of second Defendant: HOWARD MOSELEY . The second Defendant is employed as: "ASSOCIATE DIRECTOR"
   (Position and Title)   at "OFFICE OF APPEALS" (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____
   (Position and Title)   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____
   (Position and Title)   (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LEONARD v. THOMPSON
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) IN NINTH CIRCUIT (PENDING)

   b. Second prior lawsuit:
      1. Parties: LEONARD v. KAUR
      2. Court and case number: 2:19-CV-02771
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still pending IN the district court

   c. Third prior lawsuit:
      1. Parties: LEONARD v. CASILLAS
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING IN the NINTH CIRCUIT.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 14th AMENDED/DUE-PROCESS/"BIASEDNESS"

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☑ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 1-5-2021, plaintiff underwent a disciplinary hearing held by one "LT"(Lieutinant)"O'CONNER" at Folsom State Prison regarding RVR# Log No. 7048873. Plaintiff complained that I was denied the right to present LIVE witnesses, denied the right to present video evidence in his own defense, denied the right to present documentry evidence in his own defense and was found guilty at the conclusion of this hearing held by "LT" O'CONNER. Plaintiff also complained that LT O'CONNER was BIASED during the adjucation, as he did not consider any of the facts stated above but still found the plaintiff guilty. LT O'CONNER claimed that he was UNBIASED as an adjucator of the hearing, as he claimed that there was "sufficient evidence to substantiate the guilty findings, and "articulated the enclusive evidence in the matter with and explination of how it weighed in the findings." Plaintiff complained of these issues in his 602 appeal/complaint ("STAFF") against LT O'CONNER, at level 1,2, Plaintiff's appeal was disapproved, at the "TLR" (Third Level of Review) plaintiff was told his time was "expired" because the "Third Level Review" failed to respond to the claim in "60" calender days, and no action would be taking, and no other appeal is permitted under the regualations, Plaintiff was also informed that his submitted documents would not be returned.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff suffered "60" days credit loss and classification score increase, plaintiff's character has been defimated and I was found guilty at an "RVR" hearing that violated his due-process rights, without the right to properly defeneded himself, in an "partial" tribunal.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff was told at the Third Level Review "OOA" that the office of appeals failed to respond to plaintiff's complaint in "60" calender days and there fore "TIME EXPIRED" because of his own failure respond to plaintiff complaints in "60" days

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 14th AMEND / DUE - PROCESS

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☑ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: ____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. IN AUGUST OF 2021, PLAINTIFF RECIEVED NOTIFICATION FROM the "OOA" (OFFICE OF APPEALS) STATING that "Pursuant to TITLE 15 SECTION 3486(i)(10)" THE OFFICE OF APPEAL IS NOT Able to Respond to CLAIM # 80315 (GRIEVANCE) because it failed to Respond to the claim in "60" CALANDER DAYS, and IN PLAINTIFF'S CASE the claim must be ANSWERED "time - Expired", and as a Result, the answer Provided by the "OFFICE OF GRIEVANCES" Remains unchanged as disapproved and the APPEAL NUMBER # 80315 WAS CLOSED and No further Action is permitted under the REGUALATIONS. Also this NOTICE which WAS SIGNED BY HOWARD E. MOSELEY the "ASSOCIATE DIRECTOR" (OF THE OOA), STATED that "the APPEAL PACKAGE SUBMITTED by the plaintiff claimant would be "RESTORED" by the department, and "NOT RETURNED" to the plaintiff PER TITLE 15, SECTION 3485(e). Plaintiff assert that the OOA (THIRD LEVEL) REVIEW hAS openly admited that it failed to Respond to plaintiff's claim or complaint with in "60" days period, it openly Explains that plaintiff will NOT RECIEVE DOCUMENTS (APPEAL PACKAGE) that plaintiff submited to the "OOA" (THIRD LEVEL OF REVIEW) the OOA also Explains how plaintiff's claim is answered "TIME - EXPIRED" and that the Appeal was No CLOSED with No other action permited. PLAINTIFF Asserts that these actions violate plaintiff's 14 AMEND Right to DUE-PROCESS. Plaintiff Recieved this Third LEVEL REVIEW "TLR" NOTICE AT NORTH KERN STATE PRISON.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). AS STATED IN Complaint # 2 PLAINTIFFS DUE-PROCESS Right WERE violated by ASSOCIATE DIRECTOR HOWARD E. MOSELY, thereby "THWARTING" PLAINTIFF'S Right to proper "VINDICATION," "adjudication" by NOT Addressing the PLAINTIFF's Complaint, and therefore "TIME-Expiring" plaintiff's 602 APPEAL complaint.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff was told by the "FIRST LEVEL OF REVIEW" that this complaint WAS ABOVE their LEVEL OF REVIEW / HOWARD MOSELY STATED that the Complaint # 80135 (GRIEVANCE) WAS "TIME-EXPIRED because of his Failure to Respond to

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                  ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?           ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: Plaintiff's due-process rights were "clearly" violated by both defendants LT O'Conner & Howard Mosely. Both defendants both are in posistions to have known the violations they caused. LT O'Conner purposely and "maliciously" harmed plaintiff during an disciplinary hearing as described in plaintiff's complaint #1. "Associate Director" of the Office of Appeal (OOA), Howard E. Moseley violated the plaintiff's due-process right of the 14 Amen as described in complaint #2, as well. Plaintiff properly prays for $100,000 in punitive dameges (monetary), as well as compensatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-7-2021

October 7th, 2021

DATE

*Frederick C. Leonard*

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.