UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK EUGENE LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>O'CONNER, et al.,<br><br>Defendants. | No. 2:21-cv-01886-TLN-EFB<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 19, 2022, (ECF No. 12), are adopted in full; and
2. Plaintiff's amended complaint (ECF No. 9) is dismissed without leave to amend for failure to state a cognizable claim and the Clerk is directed to close the case.

DATED:  March 9, 2022

_____
Troy L. Nunley
United States District Judge

2